1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARQUIS HICKS,                          1:16-cv-01440-JLT (PC)

12              Plaintiff,          ORDER GRANTING APPLICATION TO
                                    PROCEED IN FORMA PAUPERIS; ORDER
13        v.                        DIRECTING PAYMENT OF INMATE FILING
                                    FEE
14   ANDRE MANTEVOUSIAN, et al.,

15              Defendant.

16

17        Plaintiff is a federal prisoner proceeding *pro se* pursuant to 403 U.S. 388 (1971) and has

18   requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made

19   the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* is

20   **GRANTED**.

21        Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

23   the preceding month's income credited to plaintiff's trust account.  FCI Warden, Terre Haute, is

24   required to send to the Clerk of the Court payments from plaintiff's account each time the amount

25   in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26        In accordance with the above and good cause appearing therefore, the Court **ORDERS**:

27        1.  Plaintiff's application to proceed *in forma pauperis* is **GRANTED**;

28        2.  **The Warden of FCI, Terre Haute, or his designee shall collect payments from**

1

1     **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of**

2     **the preceding month's income credited to the prisoner's trust account and shall**

3     **forward those payments to the Clerk of the Court each time the amount in the**

4     **account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of**

5     **$350.00 has been collected and forwarded to the Clerk of the Court.  The**

6     **payments shall be clearly identified by the name and number assigned to this**

7     **action.**

8    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

9      *in forma pauperis* application on the Warden of FCI Terre Haute, at 4200 Bureau

10      Road North, Terre Haute, IN  47808.

11    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12      Department, U.S.  District Court, Eastern District of California, Sacramento Division.

13    5.  <u>**Within 60 days**</u> of the date of service of this order, plaintiff shall submit a  certified

14      copy of his/her prison trust account statement for the six-month period immediately

15      preceding the filing of the complaint, if plaintiff has not already done so.

16

17 IT IS SO ORDERED.

18     Dated:  __**October 3, 2016**__         _____**/s/ Jennifer L. Thurston**_____

19                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28